UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  09–61944–Civ–COOKE/BANDSTRA

HEATHER MASSA,

    Plaintiff,

vs.

PROGRESSIVE MEDICAL CENTERS
OF SOUTH FLORIDA, INC., *et al.*,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before me pursuant to the Settlement Agreement reached between the parties and the Joint Motion For Order of Approval of Settlement and Dismissal With Prejudice [D.E. 35]. I have reviewed the motion, the record, and the fully executed settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is **ORDERED AND ADJUDGED** that:

    1. The Parties' settlement is **APPROVED**.

    2. This case is **DISMISSED** with prejudice.

    3. All pending motions are **DENIED** as moot.

    4. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 4th day of May 2010.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*